# ORIGINAL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY           1397-0
    jlacy@goodsill.com
RANDOLF L.M. BALDEMOR   7421-0
    rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorney for Defendant
CONTINENTAL CASUALTY CO.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 5 2006
at 11 o'clock and 45 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| NEDA NAHAS, | CIVIL NO. 03-00478 HG-LEK |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | (RE: DEFENDANT CONTINENTAL CASUALTY CO.'S RESPONSE TO NAHAS' REQUESTS FOR PRODUCTION TO CONTINENTAL CASUALTY CO., DATED APRIL 17, 2006) |
| CONTINENTAL CASUALTY CO., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that an original and one copy of Defendant Continental

Casualty Co.'s Response to Nahas' Requests for Production to Continental

1374472.1

Casualty Co., dated April 17, 2006, were duly served upon the following party by United States mail, postage prepaid, on _____MAY 1 5 2006_____, addressed as follows:

    MARK CLAYTON CHOATE, ESQ.
    JESSICA L. SRADER, ESQ.
    CHOATE LAW FIRM LLC
    424 North Franklin Street
    Juneau, Alaska 99801

    Attorneys for Plaintiff
    NEDA NAHAS

    DATED: Honolulu, Hawaii, _____MAY 1 5 2006_____.

    _____
    JOHN R. LACY
    RANDOLF L. M. BALDEMOR

    Attorneys for Defendant
    CONTINENTAL CASUALTY CO.