# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 23, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 03-00478HG-LEK

CASE NAME:   Neda Nahas v. Continental Casualty, et al

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Helen Gillmor          REPORTER:

DATE:   August 23, 2006          TIME:

COURT ACTION:          **MINUTE ORDER**

   Notice and Application by Neda Nahas to Maintain Jurisdiction and Re-Open Matter was filed on August 22, 2006.  The Application is GRANTED.

   Submitted by: Mary Rose Feria, Courtroom Manager
   Submitted by: David H. Hisashima, Courtroom Manager

cc:   Mark C. Choate, Esq.
      Randy L.M. Baldemor, Esq.
      CRM Warren Nakamura
      Judge Gillmor's chambers