# ORIGINAL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY            1397-0
    jlacy@goodsill.com
RANDOLF L.M. BALDEMOR   7421-0
    rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorney for Defendant
CONTINENTAL CASUALTY CO.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 4 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| NEDA NAHAS, | CIVIL NO. 03-00478 HG-LEK |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | [Re: Defendant Continental Casualty Co.'s First Request for Production of Documents and Things to Plaintiff Neda Nahas, Dated January 24, 2007] |
| CONTINENTAL CASUALTY CO., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of

*Defendant Continental Casualty Co.'s First Request for Production of Documents*

*and Things to Plaintiff Neda Nahas, Dated January 24, 2007* was duly served upon

1624278.1

the following individuals at their last known address in the manner described below:

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| MARK CLAYTON CHOATE, ESQ.<br>Choate Law Firm LLC<br>424 North Franklin Street<br>Juneau, Alaska  99801<br><br>Attorney for Plaintiff<br>NEDA NAHAS | Markcchoate<br>@yahoo.com | ☒ |

DATED:  Honolulu, Hawaii, January 24, 2007.

_____
JOHN R. LACY
RANDOLF L.M. BALDEMOR

Attorneys for Defendant
CONTINENTAL CASUALTY CO.