IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NEDA NAHAS, | ) | CIVIL NO. 03-00478 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**REPORT OF SPECIAL MASTER ON DEFENDANT'S
OBJECTIONS TO PLAINTIFF'S BILL OF COSTS**

Before the Court, pursuant to a designation by Senior United States District Judge Helen Gillmor, is Defendant Continental Casualty Co.'s ("Defendant") Objection to Plaintiff's Bill of Costs ("Objections"), filed February 25, 2010.  Plaintiff Neda Nahas ("Plaintiff") filed her Bill of Costs on February 18, 2010.  In accord with Rule LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai'i ("Local Rules"), the Court finds this matter suitable for disposition without a hearing.  After reviewing the parties' submissions, the Court FINDS and RECOMMENDS that Defendant's Objections should be GRANTED and that Plaintiff's request for costs should be DENIED WITHOUT PREJUDICE because Plaintiff's Bill of Costs does not comply with Local Rule 54.2.

This Court RECOMMENDS that the district judge grant Plaintiff leave to file an amended bill of costs within seven

days of the district judge's order adopting the instant report of special master.  This Court cautions Plaintiff that, if the amended bill of costs is not in full compliance with Local Rule 54.2, this Court will recommend that the request for costs be denied with prejudice.

        IT IS SO FOUND AND RECOMMENDED.

        DATED AT HONOLULU, HAWAII, March 10, 2010.



        /S/ Leslie E. Kobayashi
        Leslie E. Kobayashi
        United States Magistrate Judge

**NEDA NAHAS V. CONTINENTAL CASUALTY COMPANY; CIVIL NO. 03-00478 HG-LEK; REPORT OF SPECIAL MASTER ON DEFENDANT'S OBJECTIONS TO PLAINTIFF'S BILL OF COSTS**