IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NEDA NAHAS,<br><br>       Plaintiff,<br><br>   vs.<br><br>CONTINENTAL CASUALTY CO.,<br><br>       Defendant. | Civ. No. 03-00478 HG-LEK |

**ORDER ADOPTING REPORT OF SPECIAL MASTER ON DEFENDANT'S OBJECTIONS TO PLAINTIFF'S BILL OF COSTS (DOC. 110)**

On March 10, 2010, the Magistrate Judge filed a "Report Of Special Master On Defendant's Objections To Plaintiff's Bill Of Costs." (Doc. 110.)

No objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master, (Doc. 110), is **ADOPTED** as the opinion and order of this Court.

**CONCLUSION**

(1) Plaintiff's Bill Of Costs, filed February 18, 2010, (Doc. 99), is **DENIED WITHOUT PREJUDICE**;

(2) Defendant's Objection To Plaintiff's Bill Of Costs, filed February 25, 2010, (Doc. 101) is **GRANTED**; and

(3) Plaintiff is **GRANTED** leave to amend.

1

    IT IS SO ORDERED.

    DATED:    April 9, 2010, Honolulu, Hawaii.



                                    /S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

<u>Neda Nahas v. Continental Casualty Co.</u>; Civil No. 03-00478 HG-LEK; **ORDER ADOPTING REPORT OF SPECIAL MASTER ON DEFENDANT'S OBJECTIONS TO PLAINTIFF'S BILL OF COSTS (DOC. 110).**